

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00206-CV

---

**IN THE MATTER OF THE MARRIAGE OF BARBARA MARIE BROUSSARD AND ROBERT WAYNE BROUSSARD AND IN THE INTEREST OF R.M.B., A CHILD**

---

On Appeal from the 146th District Court
Bell County, Texas
Trial Court No. 21DFAM327688, Honorable Jack Weldon Jones, Presiding

---

February 3, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Robert Wayne Broussard, proceeding pro se, appeals from the trial court's *Final Decree of Divorce and Order for Conservatorship and Child Support*.[1] Appellant's brief was due December 28, 2022, but was not filed. By letter of January 5, 2023, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 17. To date, Appellant has neither filed a brief nor moved for an extension of time to file a brief.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam